AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JAN 1 8 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | **Under Seal** |
|---|---|---|
| v. | ) | |
| | ) | Case No.: 4:24-mj-3 |
| **FENGYUN SHI** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 5 and 6, 2024__ in the Eastern District of Virginia, the defendant(s) violated:

*Code Section(s)* (b)(5)(A) and (b)(6)(A) s/s RJK

*Offense Description(s)*

49 U.S.C. §§ 46306 & 46307 — Prohibited Operation of Unregistered UAS in Violation of National Defense Airspace
18 U.S.C. §§ 795 & 796 — Photographing Defense Installations and Use of Aircraft for Photographing the Same

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Peter Osyf
Assistant United States Attorney

_____
*Complainant's signature*

Sara Shalowitz, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 18, 2024

_____
*Judge's signature*

City and state: Norfolk, Virginia

The Honorable Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*