

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

| United States of America | ) |
|---|---|
| v. | ) Case No.: 4:24-mj-**3** |
| **FENGYUN SHI** | ) FID: 11632488 |
| *Defendant* | ) |

### ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __**FENGYUN SHI**__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Prohibited Operation of Unregistered UAS in Violation of National Defense Airspace; 49 U.S.C. §§ 46306 & 46307 Photographing Defense Installations and Use of Aircraft for Photographing the Same; 18 U.S.C. §§ 795 & 796

Date: January 18, 2024

*Issuing officer's signature*

City and state:   Norfolk, Virginia

The Honorable Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Warrant executed in Northern District of California, San Francisco on 01/19/24 by FBI. SHI placed on Bond.

AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Newport News Division

| United States of America | ) |
| v. | ) |
| | ) Case No.: 4:24-mj-3 |
| FENGYUN SHI | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __FENGYUN SHI__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Prohibited Operation of Unregistered UAS in Violation of National Defense Airspace; 49 U.S.C. §§ 46306 & 46307
Photographing Defense Installations and Use of Aircraft for Photographing the Same; 18 U.S.C. §§ 795 & 796

Date: January 18, 2024

_Issuing officer's signature_

City and state: Norfolk, Virginia

The Honorable Robert J. Krask, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on *(date)* 1/18/24, and the person was arrested on *(date)* 1/18/24
at *(city and state)* San Francisco, CA

Date: 1/19/24

_Arresting officer's signature_

SA Maciek Kepka
_Printed name and title_