AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED IN OPEN COURT
FEB -1 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| U.S.A. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 4:24-mj-3 |
| FENGYUN SHI | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FENGYUN SHI, Defendant

Date: 01/29/2024

*Attorney's signature*

SHAOMING CHENG, VA BAR NO. 80218
*Printed name and bar number*

CHENG YUN LAW PLLC
6088 FRANCONIA RD STE D
ALEXANDRIA, VA 22310
*Address*

jcheng@chengyunlaw.com
*E-mail address*

(703) 887-6786
*Telephone number*

(888) 510-6158
*FAX number*