THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

FILED
IN OPEN COURT

FEB - 1 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 4:24-mj-3 |
| | ) | |
| FENGYUN SHI | ) | |
| | ) | |

### MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, by and through its attorneys, Jessica D. Aber, United States

Attorney for the Eastern District of Virginia, and Peter G. Osyf, Assistant United States Attorney,

represents to the Court that it does not intend to pursue the felony charges outlined in the Criminal

Complaint against Mr. Shi filed in this case. The United States further represents that it

subsequently filed a Criminal Information in this case citing the misdemeanor charges it does

intend to pursue against Mr. Shi. Accordingly, because the revised charging changes the due

process procedure of the case, the United States moves this Court to dismiss the Criminal

Complaint without prejudice in the above-captioned case.

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____

Peter G. Osyf
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0895
Peter.Osyf@usdoj.gov