

THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 4:24-mj-3 |
| ) | |
| FENGYUN SHI ) | |
| ) | |

## ORDER

Upon motion of the United States, and for good cause shown, the Criminal Complaint in the above-captioned case is hereby DISMISSED without prejudice.

The Honorable Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE

Dated: February 1, 2024

We ask for this:

Jessica D. Aber
United States Attorney

Peter G. Osyf
Assistant United States Attorney