IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:24-mj-3 |
| | ) | |
| FENGYUN SHI, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On the joint motion of the parties, for an order requesting a continuance of the bench trial scheduled on March 25, 2024, and for good cause;

Further, that the defendant has been advised of and willingly acknowledged his speedy trial rights and does not object to his trial being set outside of speedy trial in the interests of justice;

IT IS HEREBY ORDERED that the parties' joint motion is GRANTED, and the parties are DIRECTED to contact the courtroom deputy to RESCHEDULE the jury trial in this matter to be set approximately sixty (60) days from March 25, 2024.

ENTERED this ___ day of _____, 2024.

_____
The Honorable Lawrence R. Leonard
United States Magistrate Judge