# Criminal Minutes

Time Set: 12:00
Start Time: 12:01
End Time: 12:11

| | | |
|---|---|---|
| United States of America | Criminal Case Number: | 4:24mj3 |
| Government | Date: | March 15, 2024 |
| vs. | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | FTR-Mag 2 |
| Fengyun Shi | Courtroom Deputy: | L. Woodcock |
| | U.S. Probation Officer: | |
| Defendant(s) | Interpreter: | |

( ) in custody    ( X ) on bond

Counsel for Government
1. Peter Osyf

Counsel for defendant(s)
1. Shaoming Cheng

Proceedings: This matter came before the Court for a telephone status conference.
A joint motion to continue the trial was filed this morning. Counsel state reasons for their request.
The Court will remove the trial on 3/25/24 and issue a short Order. Counsel are directed to reschedule with CRD.
Court in recess.