## GUILTY PLEA TO CRIMINAL INFORMATION – MISDEMEANOR

| Time Set: | 11:30 | Date: | 7/8/2024 |
|---|---|---|---|
| Started: | 11:43 | Presiding Judge: | Lawrence R. Leonard, USMJ |
| Ended: | 12:27 | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | Paul McManus, OCR |
| | | U.S. Attorney: | Peter Osyf |
| | | Defense Counsel: | Shaoming Cheng |
| Case Number: | 4:24mj3 | | (X) Retained ( ) Court appointed ( ) AFPD |
| Defendant: | Fenghun Shi | Interpreter: | Victor Chang |

- ( ) Initial Appearance.
- (X) Guilty Plea to Superseding criminal information. Counts 5, 6.
- (X) Defendant sworn.
- (X) Consent to Proceed before U.S. Magistrate Judge.
- (X) Acknowledgment of Rights filed in open court.
- (X) Court fully advised defendant of rights.
- ( ) Waiver of indictment filed.
- ( ) Copy of Criminal Information provided to defendant.
- (X) Court explained rights, charge(s) and maximum penalty. Defendant stated he/she understood.
- (X) Court inquired re: plea negotiations
- (X) Plea agreement reviewed and filed subject to acceptance of    ( ) No plea agreement.
  guilty plea.
- ( ) Defendant formally arraigned.
- (X) Defendant entered plea of guilty.
- ( ) Report and Recommendation Concerning Please of Guilty entered and filed in open court.
- (X) Court inquired as to voluntariness of plea.
- (X) Court inquired as to threats or promises.
- (X) Court advised defendant that by pleading guilty the right to a trial by jury is waived.
- (X) Defendant satisfied with services of counsel.
- (X) Guilty plea accepted by the Court.
- (X) Statement of Facts executed and filed.
- (X) Court finds defendant guilty.
- (X) Continued for pre-sentence report.
- (X) Court explained to defendant that by pleading guilty right to appeal is waived, pursuant to plea agreement.
- ( ) Sentencing set: TBD    before U.S. Magistrate Judge Leonard
    - ( ) Norfolk    ( ) Newport News
- ( ) SENTENCE:    ( ) Jail _____    ( ) Probation _____    ( ) Supervised Release _____
    - ( ) Fine _____    ( ) Special Assessment _____
- ( ) Defendant remanded to custody of Marshal.    (X) Continued on previous bond    ( ) additional conditions