**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**



UNITED STATES OF AMERICA

v.                                                                                          Case No.: 4:24mj3

FENGYUN SHI,

      Defendant.

## ORDER ACCEPTING PLEA OF GUILTY

The Defendant, by consent, has appeared before the Court with counsel pursuant to Federal Rule of Criminal Procedure 11, and has entered a plea of guilty to Count Five and Count Six of the Superseding Criminal Information.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of such offenses.  The Court therefore accepts the plea of guilty, and finds the Defendant guilty of Counts Five and Six in the Superseding Criminal Information.

The Clerk shall forward a copy of this Order to all counsel of record.

                                                                            Lawrence R. Leonard
                                              UNITED STATES MAGISTRATE JUDGE

Newport News, Virginia
July 8, 2024