IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**FENGYUN SHI**<br>**Defendant** | CASE NO. 4:24-mj-3 |

## CONSENT MOTION TO CONTINUE

COMES NOW, the Defendant FENGYUN SHI by and through the undersigned counsel, makes the following request:

1. The case has been continued to September 30, 2024.

2. The Defendant's Counsel did not to recognize that he has a scheduling conflict on the same day.

3. The Defendant's Counsel has reached to the U.S. Attorney and the honorable Court, and the next court date that available for all parties is October 2, 2024 at 10:00 A.M.

4. Therefore, the Defendant's Counsel respectfully requests this honorable Court to continue the sentencing to October 2, 2024 at 10:00 A.M.

5. The U.S. Attorney consents to this continuance.

Respectfully Submitted,

_____
Shaoming Cheng, Esq.
VA Bar Number: 80218
Cheng Yun Law PLLC
6088 Franconia Road Suite D
Alexandria, VA 22310
Telephone: (703)887-6786
Fax: (888) 510-6158
Email: jcheng@chengyunlaw.com

Dated: September 17, 2024

1

## CERTIFICATE OF SERVICE

I, Shaoming Cheng, Esq., counsel for the Defendant FENGYUN SHI, hereby certify that on 09/17/2024, a true copy of the foregoing document was emailed to

Peter Osyf, Esq.
Assistant United States Attorney
11815 Fountain Way, Suite 200
Newport News, VA 23606
Email: peter.osyf@usdoj.gov

Shaoming Cheng, Esq.
VA Bar Number: 80218
Cheng Yun Law PLLC
6088 Franconia Road Suite D
Alexandria, VA 22310
Telephone: (703)887-6786
Fax: (888) 510-6158
Email: jcheng@chengyunlaw.com