FILED
SEP 19 2024
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**FENGYUN SHI**<br>**Defendant** | CASE NO. 4:24-mj-3 |

### ORDER

This matter came before this court on Defendant's Motion to Continue.

It is appearing that this Court has jurisdiction to hear and determine this matter, that each party entitled to notice has been notified;

After determining that the facts presented by both parties, and upon consideration of the papers and proceedings, it is therefore,

**Ordered that**

The Defendant's motion is GRANTED. This case will be continued to October 2, 2024 at 10:00 A.M.

/s/
Lawrence R. Leonard
United States Magistrate Judge
Judge

Date as: 9-19-24

3

Respectfully Submitted,

Shaoming Cheng, Esq.
VA Bar Number: 80218
Cheng Yun Law PLLC
6088 Franconia Road Suite D
Alexandria, VA 22310
Telephone: (703)887-6786
Fax: (888) 510-6158
Email: jcheng@chengyunlaw.com

## CERTIFICATE OF SERVICE

I, Shaoming Cheng, Esq., counsel for the Defendant FENGYUN SHI, hereby certify that on 09/17/2024, a true copy of the foregoing document was emailed to

Peter Osyf, Esq.
Assistant United States Attorney
11815 Fountain Way, Suite 200
Newport News, VA 23606
Email: peter.osyf@usdoj.gov

Shaoming Cheng, Esq.
VA Bar Number: 80218
Cheng Yun Law PLLC
6088 Franconia Road Suite D
Alexandria, VA 22310
Telephone: (703)887-6786
Fax: (888) 510-6158
Email: jcheng@chengyunlaw.com

5