## Statement of Joshua Quitaro

My name is Joshua B. Quitaro, and I am the Security Manager 3 of Newport News Shipbuilding (NNS) Security Investigations, a position I have held for almost four years. My responsibilities include supervising my team to ensure the physical security of the NNS facility in Newport News, Virginia, and investigating any reports of breaches impacting the security of NNS and the work we do for the U.S. Navy. Prior to joining NNS, I served as a Special Agent for the United States Secret Service for eight and a half years, including working with the President of the United States' Presidential Protective Detail.

NNS is an unincorporated division of Huntington Ingalls Incorporated, which is a wholly owned subsidiary of Huntington Ingalls Industries, Inc. NSS is based in Newport News, Virginia, with its main business operations located near downtown Newport News. The business is a DOD Cleared Defense Contractor and employees over 25,000 employees. Much of the work at NNS is primarily focused on supporting and building ships and submarines for the U.S. Navy, including Ford Class Aircraft Carriers, Virginia Class Submarines (VCS), and Columbia Class submarines, as well as refueling nuclear powered aircraft carriers. Much of the work on and several of the components for these naval programs are classified at various levels all the way up to Top Secret in order to protect the national security of the United States. The NNS facilities where the work on these programs is performed are located along the waterfront, comprised of over 500 acres and stretching over 2 miles along the James River. The entire NNS facility is secure, allowing controlled access for only employees, U.S. Navy personnel, and authorized individuals who are visiting the business in some form of official capacity.

On January 6, 2024, NNS Uniformed Security received information from the Newport News Police Department that an individual identified as Fengyun Shi reportedly flew a drone into a tree located just outside the NNS facility. Subsequently, I was immediately notified by NNS Uniformed Security and because almost all of the work that we do on NNS property is devoted to work performed for the U.S. Navy, I immediately reached out to law enforcement contacts at Naval Criminal Investigative Service (NCIS) to advise them of the situation and to engage federal law enforcement in the investigation. While my team and I supported the investigative efforts, NCIS and FBI took primary responsibility in investigating the potential criminal violations at issue and securing evidence for analysis.

I have since learned that Mr. Shi is a Chinese Foreign Student Visa holder, and that his drone was found to contain photos of the NNS facility where the company does the work described above for the U.S. Navy. This is the first incident I am aware of where a private individual has flown a drone over the NNS facility without authorization and secured photographs of the facility. Aside from these activities damaging the security of U.S. Navy and national defense information about work performed on the programs identified above, his activities also damage NNS's ability to protect the airspace above NNS and integrity of the work we do for the United States. Making sure the airspace is secure from unauthorized private drone flights such as the one in Mr. Shi's case is of critical importance for NNS's continued work for the U.S. Navy, security of our facility, and safety of our employees.

On behalf of NNS, the company respectfully asks this Court to sentence Mr. Shi to the fullest extent allowed by the law in order to send a proper message of deterrence to Mr. Shi and anyone else contemplating similar conduct with a drone in the future.

GOVERNMENT EXHIBIT 4

Executed as a true and accurate statement under penalty of perjury on September 25, 2024.

Joshua B. Quitaro
NNS Security Manager 3