AO 245B (Rev. 09/19) (VAE 6/3)    Judgment in a Criminal Case    Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Newport News Division

**FILED**
OCT - 2 2024
CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | Case Number: 4:24mj3 |
| FENGYUN SHI | ) | USM Number: |
| | ) | Shaoming Cheng, ret. |
| | ) | Defendant's Attorney |

The defendant pleaded guilty to Counts 5 and 6 on July 8, 2024.

The defendant is adjudged guilty of:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC, Section 796 | Use of Aircraft for the Unlawful Photographing of Designated Installation without Authorization | 1/6/2024 | 5 |
| 18 USC, Section 796 | Use of Aircraft for the Unlawful Photographing of Designated Installation without Authorization | 1/6/2024 | 6 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty of:

Count(s)    ☐ is    ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

10/2/2024
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

Lawrence R. Leonard, United States Magistrate Judge
Name and Title of Judge

10/2/2024
Date

Case Number: 4:24mj3
Defendant's Name: Shi, Fengyun

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX MONTHS.

The Court makes the following recommendations to the Bureau of Prisons:
  1.

The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By
_____
DEPUTY UNITED STATES MARSHAL

Case Number: 4:24mj3
Defendant's Name: Shi, Fengyun

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of ONE YEAR ON EACH COUNT TO RUN CONCURRENT.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Case Number: 4:24mj3
Defendant's Name: Shi, Fengyun

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov

Defendant's Signature _____ Date

| Case Number: | 4:24mj3 |
|---|---|
| Defendant's Name: | Shi, Fengyun |

# SPECIAL CONDITIONS OF SUPERVISION

(X) The defendant shall refrain from any unlawful use of a controlled substance (_____ and abuse of alcohol) and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

(X) The defendant shall report to the U.S. Probation Office in the district to which the deft. is released within 72 hours of release from custody of the Bureau of Prisons unless you are instructed differently by the Probation Office.

(X) The defendant shall not commit another federal, state or local crime.

(X) The defendant shall not possess a firearm, controlled substance or destructive device.

(X) The defendant shall comply with the standard conditions outlined in the presentence report and incorporated into this judgment.

(X) The defendant. shall participate in a mental health program as directed by the U.S. Probation Office with costs to be paid by defendant. The defendant shall waive all confidentiality regarding mental health treatment to allow the release of information to the Probation Office and authorize communications between the Probation Office and the treatment provider.

(X) As a condition of supervised release, upon completion of the defendant's term of imprisonment, the defendant is to be surrendered to a duly authorized immigration official of the Dept. of Homeland Security, U.S. Immigration and Customs Enforcement, for a deportation review in accordance with procedures of the Immigration and Nationality Act.

(X) If ordered deported, the defendant shall remain outside of the U.S.

Case Number: 4:24mj3
Defendant's Name: Shi, Fengyun

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties.

|        | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|--------|------------|-------------|------|------------------|-------------------|
| TOTALS | $ 50.00    | $           | $    | $                | $                 |

**Payments are to made payable to the Clerk, United States District Court, Eastern District of Virginia.**